UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHAN GUNAWAN, et al.

       Plaintiffs,

  -v-

STEPHEN JOHHNSTON, SR., et al.,

       Defendants.

---

26-cv-1056 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is a motion of defendants Stephen Johnston Sr. and Stephen Johnston Jr. to dismiss Count II of the Complaint. Upon careful consideration of the parties' briefs, the Court hereby grants the motion. An Opinion setting forth the reasons for this Order will issue in due course.

    SO ORDERED.

New York, NY
May 22, 2026

                   JED S. RAKOFF, U.S.D.J.

1