IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHAN GUNAWAN, ARBIGO INC., and
SUPERNOVA ADVERTISING INC. d/b/a
MSYMMETRY,

                    Plaintiffs,

        v.

STEPHEN JOHNSTON, SR., STEPHEN
JOHNSTON, JR., and PUBWISE, LLLP,

                    Defendants.

Case No. 1:26-cv-01056-JSR

## [PROPOSED] CONSENT JUDGMENT

**WHEREAS**, the Plaintiffs and the Defendants have entered into a Settlement Agreement

and Release resolving the above-captioned action (the "Action"); and

**WHEREAS**, the Plaintiffs and Defendant PubWise, LLLP have stipulated and consented

to the entry of this Consent Judgment against PubWise, LLLP, without any admission of liability

by any party;

**NOW**, upon the consent of the parties, it is hereby:

**ORDERED** that judgment is entered in favor of the Plaintiffs, Johan Gunawan, Arbigo

Inc., and Supernova Advertising Inc. d/b/a MSymmetry, and against Defendant PubWise, LLLP

only, in the amount of $178,407.91; and it is further

**ORDERED** that this Consent Judgment is entered without any admission of liability,

wrongdoing, or fault by any party, and that each party shall bear its own costs, expenses, and

attorneys' fees; and it is further

1

**ORDERED** that all remaining claims in the Action, and all claims against Stephen Johnston, Sr. and Stephen Johnston, Jr., are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to enter judgment accordingly and to close the case.

**SO STIPULATED AND AGREED.**

*Paul McMenamin*
_____
Paul R. McMenamin
SilverLine Collective, LLC
880 Third Avenue, 5th Floor
New York, NY 10021
paul@silverlinecollective.com
*Counsel for Plaintiffs*

Dated: __6/26/2026__

*Zachary M. Kravat*
_____
Zachary M. Kravat, Esq.
445 Broadhollow Rd., Ste. 419
Melville, NY 11747
zkravat@kravatlaw.com
*Counsel for Defendants*

Dated: __6/26/2026__

**SO ORDERED.**

_____
JED S. RAKOFF, U.S.D.J.

**Dated:  New York, New York**
__6/30/26__

2