**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JOHAN GUNAWAN, et al.,

                                          Plaintiffs,

          -against-                                                        26 **CIVIL** 1056 (JSR)

                                                                           **JUDGMENT**

STEPHEN JOHHNSTON, SR., et al.,

                                          Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Order dated July 1, 2026, the Court has reconfirmed its

bottom-line Order dismissing Count II. Final judgment is entered with respect to that Count.

**Dated:** New York, New York

          July 2, 2026

                                                        **TAMMI M. HELLWIG**
                                                     _____
                                                          **Clerk of Court**

                                    **BY:**                    K. mango
                                                     _____
                                                          **Deputy Clerk**